# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00415-CV

### In re Frank Ahlgren, III and The Copernican, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### O R D E R

**PER CURIAM**

Relators Frank Ahlgren, III and The Copernican, LLC have filed a petition for writ of mandamus and emergency motion for temporary relief. *See* Tex. R. App. P. 52.1, 52.10(a). We partially grant the motion and temporarily stay the trial court's July 5, 2022 "turnover" order and July 5, 2022 order imposing sanctions pending further order of this or another intermediate court of appeals. *See id*. 52.10(b).

It is ordered on July 12, 2022.

Before Chief Justice Byrne, Justices Triana and Smith